1  ANDREW P. VALENTINE, Bar No. 162094
   andrew.valentine@dlapiper.com
2  MARC BELLOLI, Bar No. 244290
   marc.belloli@dlapiper.com
3
   DLA PIPER LLP (US)
4  2000 University Avenue
   East Palo Alto, California 94303
5  Tel: 650.833.2000
   Fax: 650.833.2001
6
   Attorneys for Defendant
7  Silicon Laboratories, Inc.

**IT IS SO ORDERED**
*Judge James Ware*
10/5/2009

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>      Plaintiff,<br><br>v.<br><br>INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION; NXP SEMICONDUCTORS USA, INC.; ON SEMICONDUCTOR CORPORATION; SILICON LABORATORIES, INC.,<br><br>      Defendants. | CASE NO. C-09-02112 JW<br><br>**GREGORY BENDER AND SILICON LABORATORIES, INC.'S STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

1   Pursuant to Civil Local Rule 6-1(a), Plaintiff Gregory Bender ("Bender") and Defendant
2   Silicon Laboratories, Inc. ("SLI") hereby stipulate, through counsel, to extend the time within
3   which SLI shall have to answer or otherwise respond to Bender's Complaint.  SLI shall answer or
4   otherwise respond to Bender's Complaint on or before November 1, 2009.  This stipulation will
5   not alter the date of any event or any deadline already fixed by Court order.

Dated: October 1, 2009

DLA PIPER LLP (US)

By   /s/ Marc Belloli
    ANDREW P. VALENTINE
    MARC BELLOLI
    Attorneys for Defendant,
    Silicon Laboratories, Inc.

Dated: October 1, 2009

GREGORY BENDER

By   /s/ David N. Kuhn
    DAVID N. KUHN
    Attorney for Plaintiff,
    Gregory Bender

DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Marc Belloli, hereby declare pursuant to General Order 45, § X.B, that concurrence in the filing of this document has been obtained from David N. Kuhn, counsel for Plaintiff Gregory Bender.

Dated: October 1, 2009

/s/ Marc Belloli