| | |
|---|---|
| David N. Kuhn (SBN 73389)<br>dnkuhn@pacbell.net<br>LAW OFFICES OF DAVID N. KUHN<br>144 Hagar Avenue<br>Piedmont, California 94611<br>Telephone: (510) 653-4983<br><br>Attorney for Plaintiff<br>GREGORY BENDER | Andrew P. Valentine (SBN 162094)<br>andrew.valentine@dlapiper.com<br>Marc C. Belloli (SBN 244290)<br>marc.belloli@dlapiper.com<br>DLA PIPER USA LLP<br>2000 University Avenue<br>East Palo Alto, California 94303<br>Telephone: (650) 833-2254<br>Facsimile: (650) 833-2001 |
| Denise M. De Mory (SBN 168076)<br>demoryd@howrey.com<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, California 94105<br>Telephone: (415) 848-4900<br>Facsimile: (415) 848-4999<br><br>Attorneys for Defendants<br>NXP SEMICONDUCTORS USA, INC. | Attorneys for Defendant<br>SILICON LABORATORIES, INC.<br><br>Daniel R. Foster (SBN 179753)<br>dfoster@mwe.com<br>MCDERMOTT WILL & EMERY<br>18191 Von Karman Avenue, Suite 500<br>Irvine, California 92612-7108<br>Telephone: (949) 851-0633<br>Facsimile: (949) 851-9348<br><br>Attorneys for Defendant<br>INFINEON TECHNOLOGIES<br>AMERICA CORP. |

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>    Plaintiff,<br><br>  vs.<br><br>INFINEON TECHNOLOGIES NORTH AMERICA CORP., a Delaware corporation, et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:09-cv-2112 JW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO JANUARY 11, 2010 AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Judge:   Hon. James Ware<br><br>Date:    November 9, 2009<br>Time:    9:00 a.m.<br>Place:   Courtroom 8, 4th Floor<br>Complaint Filed:   May 14, 2009 |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Gregory Bender ("Plaintiff") and defendants Infineon Technologies North America Corp., Silicon Laboratories Inc., and NXP Semiconductors USA, Inc. (collectively "Defendants") hereby stipulate and request an Order to change the date set for

1  the Court's Initial Case Management Conference in this action from November 9, 2009 (Dkt. No. 8) to
2  January 11, 2010 or as soon thereafter as this matter can be heard.
3        Good cause exists for this request.  The responsive pleadings for Silicon Laboratories and
4  Infineon are not yet due, and the parties have reached an agreement to delay responsive pleadings,
5  discovery, and disclosure obligations pending the outcome of dispositive and discovery motions in
6  other pending related cases.  In particular, there are several related cases pending on the same patent in
7  which the defendants in those cases have challenged the complaint and/or Plaintiff's Patent Local Rule
8  3-1 Disclosure of Asserted Claims and Infringement Contentions.  Several rulings have recently been
9  issued in the related cases in particular relating to the sufficiency of Plaintiff's allegations in these
10 cases.  In particular, in response to a Motion to Dismiss in *Gregory Bender v. Broadcom Corp.*, Case
11 No. 3:09-cv-1147-MPH, Judge Patel delayed the responsive pleading deadline until infringement
12 contentions were served. In *Gregory Bender v. Intersil Corporation*, Case No. 3:09-cv-1155-CW (BZ),
13 Judge Zimmerman issued an order staying discovery and the patent local rule requirements pending the
14 receipt of adequate infringement contentions.  (See Exhibit 1).  In *Gregory Bender v. Freescale*
15 *Semiconductor, Inc.*, Judge James stayed discovery pending consideration of the sufficiency of the
16 infringement contentions.  (See Exhibit 2).  In view of these rulings, the parties agree and stipulate as
17 follows:
18     1.    The Case Management Conference shall be delayed until January 11, 2010 or as soon
19 thereafter as this matter can be heard, and the Rule 26 Conference and disclosures shall occur in
20 accordance with the new initial Case Management Conference date;
21     2.    Defendants shall answer, plead or otherwise respond to the Complaint no later than 14
22 days after adequate infringement contentions are served; and
23 3.    Defendants will have no discovery requirements until Plaintiff serves adequate infringement
24 contentions.
25 / / / / / /
26 / / / / / /
27 / / / / / /
28 / / / / / /

4. The parties shall meet and confer and submit a proposed scheduling order in accordance with this order in advance of the new Case Management Conference.

IT IS SO AGREED.

Dated: November 2, 2009      LAW OFFICES OF DAVID N. KUHN

By: _____/s/*David N. Kuhn*_____
David N. Kuhn
Attorneys for Plaintiff
GREGORY BENDER

Dated: November 2, 2009      HOWREY LLP

By: _____/s/ *Denise M. De Mory*_____
Denise M. De Mory
Attorneys for Defendant
NXP SEMICONDUCTORS USA, INC.

Dated: November 2, 2009      DLA PIPER US LLP

By: _____/s/ *Marc C. Belloli*_____
Marc C. Belloli
Attorneys for Defendant
SILICON LABORATORIES, INC.

Dated: November 2, 2009      McDERMOTT WILL & EMERY

By: _____/s/ *Daniel R. Foster*_____
Daniel R. Foster
Attorneys for Defendant
INFINEON TECHNOLOGIES NORTH AMERICA CORP.

*** ORDER ***

The Court finds good cause to continue the Case Management Conference currently set for November 9, 2009. However, because the parties failed to provide concrete deadlines for anticipated Motions to Dismiss as with the other cases, the Court finds that only a brief continuance is warranted at this time. Accordingly, the parties shall appear on **December 14, 2009 at 10 a.m.** for a Case Management Conference. On or before **December 4, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' proposed schedule for briefing as to the anticipated Motions to Dismiss.

Dated: November 3, 2009      *James Ware*
JAMES WARE
United States District Judge