David N. Kuhn (SBN 73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983
Facsimile: (510) 653-4983
dnkuhn@pacbell.net
Attorney for Plaintiff
GREGORY BENDER

Denise M. De Mory (SBN 168076)
demoryd@howrey.com
Irene Yang (SBN 245464)
yangi@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant
NXP SEMICONDUCTORS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>            Plaintiff,<br><br>      vs.<br><br>INFINEON TECHNOLOGIES NORTH AMERICA CORP., a Delaware corporation, NXP SEMICONDUCTORS USA, INC., a Delaware corporation, ON SEMICONDUCTOR CORPORATION, a Delaware corporation, and SILICON LABORATORIES INC., a Delaware corporation,<br><br>            Defendants. | Case No. 5:09-cv-02112-JW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>Judge: Hon. James Ware |

**HOWREY LLP**

Case No. 5:09-cv-2112 JW
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE
DM_US:23124880_1

| | | |
|---|---|---|
| 1 | Plaintiff Gregory Bender ("Bender") and Defendant and Counterclaimant NXP Semiconductors | |
| 2 | USA, Inc. ("NXP") hereby submit this Stipulation of Dismissal. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Bender and NXP hereby stipulate to dismiss with prejudice all claims and counterclaims in this action asserted by Bender against NXP and by NXP against Bender. This dismissal applies only to NXP; Bender does not dismiss any claims pending against any other defendant in this case. Bender and NXP stipulate that each will bear its own costs and attorneys' fees relating to the dismissed claims.

IT IS SO STIPULATED.

Dated: March 11, 2010          Respectfully submitted,

HOWREY LLP

By: _____*/s/ Denise M. De Mory*_____
Denise M. De Mory
Attorneys for Defendant
NXP SEMICONDUCTORS USA, INC.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of the document has been obtained from the signatory below.

Dated: March 11, 2010          DAVID N. KUHN

By: _____*/s/ David N. Kuhn*_____
David N. Kuhn
Attorneys for Plaintiff
GREGORY BENDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 15, 2010          _____[signature]_____
Hon. James Ware
Judge, United States District Court