# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   March 16, 2010                                         Time in Court: 47 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**   Gregory Bender v. Infineon Technologies North America Corporation et al
**CASE NUMBER**: C09-02112JW
Plaintiff Attorney present: David Kuhn
Defendant Attorney present: Marc Belloli for Silicon Labs; Dan Foster for Infineion

---

**PROCEEDINGS: Defendants' Motions to Strike**


Counsel present arguments.

Matters are taken under submission.  Court to issue written ruling.