1

2

3                                                                      *E-Filed 4/5/10*

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN FRANCISCO DIVISION

11

GREGORY BENDER,                                   No. C 09-02112 RS
12
                Plaintiff,
13
     v.                                           **ORDER**
14
INFINEON TECHNOLOGIES NORTH
15  AMERICA CORP., et al.,

16              Defendants.
                                              /
17

18          Pursuant to the Reassignment Order issued by the undersigned, the parties filed a Joint

19  Case Management Statement on April 2, 2010.  After considering the Joint Case Management

20  Statement submitted by the parties and good cause appearing, IT IS HEREBY ORDERED

21  THAT:

22  1.  The deadline for defendants to serve their invalidity contentions shall be extended by forty-

23  five (45) days from the date of this Order.  All other hearing dates and deadlines imposed prior

24  to the Reassignment Order of March 18, 2010 are vacated.

25  2.  A Case Management Conference shall be held on **May 27, 2010 at 10:00 a.m.** in Courtroom

26  3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

27  The parties shall file a Joint Case Management Statement on or before **May 20, 2010** with a

28  proposed schedule leading up to and including the claim construction hearing.

**United States District Court**
For the Northern District of California

**IT IS SO ORDERED.**

Dated: 4/5/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE