# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   May 11, 2010                                       Time in Court: 21 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  Gregory Bender v. Infineon Technologies North America Corporation et al
**CASE NUMBER**: C09-02112RS
Plaintiff Attorney present: David Kuhn
Defendant Attorney present: Dan Foster for Infineon; Andrew Valentine for Silicon Labs

**PROCEEDINGS:  Motions to Strike**


Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.