*E-Filed 5/20/10*

| | |
|---|---|
| David N. Kuhn (SBN 73389)<br>dnkuhn@pacbell.net<br>LAW OFFICES OF DAVID N. KUHN<br>144 Hagar Avenue<br>Piedmont, California 94611<br>Telephone: (510) 653-4983<br><br>Attorney for Plaintiff<br>GREGORY BENDER | Andrew P. Valentine (SBN 162094)<br>andrew.valentine@dlapiper.com<br>Marc C. Belloli (SBN 244290)<br>marc.belloli@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, California 94303<br>Telephone: (650) 833-2254<br>Facsimile: (650) 833-2001<br><br>Attorneys for Defendant<br>SILICON LABORATORIES, INC.<br><br>Daniel R. Foster (SBN 179753)<br>dfoster@mwe.com<br>Christopher D. Bright (SBN 206273)<br>MCDERMOTT WILL & EMERY<br>18191 Von Karman Avenue, Suite 500<br>Irvine, California 92612-7108<br>Telephone: (949) 851-0633<br>Facsimile: (949) 851-9348<br><br>Attorneys for Defendant<br>INFINEON TECHNOLOGIES NORTH<br>AMERICA CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>    Plaintiff,<br><br>    vs.<br><br>INFINEON TECHNOLOGIES NORTH AMERICA CORP., a Delaware corporation, et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:09-cv-2112 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SERVE INVALIDITY CONTENTIONS AND CONTINUING CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED BY THE COURT |

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR INVALIDITY
CONTENTIONS AND CONTINUING CMC

Case No. 3:09-cv-2112 RS

1  Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Gregory Bender ("Bender") and defendants
2  Infineon Technologies North America Corp. ("Infineon") and Silicon Laboratories, Inc. ("Silicon
3  Labs") (collectively, "Defendants"), through counsel, hereby stipulate and request an Order to (1)
4  extend the time for Defendants to serve their invalidity contentions by sixty (60) days from May 20,
5  2010 up to and including July 19, 2010 and (2) change the date set for the Court's Case Management
6  Conference in this action from May 27, 2010 (Dkt. No. 47) to July 26, 2010 or as soon thereafter as
7  this matter can be heard.

8  Good cause exists for this request. On April 5, 2010, the Defendants each filed a motion to
9  strike Bender's infringement contentions and to dismiss this case pursuant to Federal Rule of Civil
10 Procedure 37 (Dkt. Nos. 48 and 50). On May 11, 2010, Magistrate Judge Lloyd held a hearing on the
11 Defendant's motions and decided to take the Defendants' motions under submission (Dkt. No. 62). To
12 date, Magistrate Judge Lloyd has not yet issued an order on Defendants' motions, and therefore the
13 parties do not know whether Bender's infringement contentions will be stricken and whether this case
14 will be dismissed. In view of these facts, the parties agree and stipulate as follows:

15     1.    The deadline for Defendants to serve their invalidity contentions shall be extended by
16 60 days from May 20, 2010 up to and including July 19, 2010; and

17     2.    The Case Management Conference shall be delayed until July ~~26~~ 29th, 2010 or as soon
18 thereafter as this matter can be heard.

19

20     IT IS SO AGREED.

21

22  Dated: May 19, 2010                      LAW OFFICES OF DAVID N. KUHN

23

24
                                            By:  /s/ *David N. Kuhn*
25                                               David N. Kuhn
                                                 Attorneys for Plaintiff
26                                               GREGORY BENDER

27

28

JOINT STIPULATION AND [~~PROPOSED~~] ORDER       -2-                    Case No. 3:09-cv-2112 RS
EXTENDING TIME FOR INVALIDITY
CONTENTIONS AND CONTINUING CMC

| | | |
|---|---|---|
| 1 | Dated: May 19, 2010 | DLA PIPER LLP (US) |
| 4 | | By: /s/ *Marc C. Belloli* |
| | | Marc C. Belloli |
| | | Attorneys for Defendant |
| 5 | | SILICON LABORATORIES, INC. |
| 6 | Dated: May 19, 2010 | McDERMOTT WILL & EMERY |
| 9 | | By: /s/ *Daniel R. Foster* |
| | | Daniel R. Foster |
| | | Attorneys for Defendant |
| 10 | | INFINEON TECHNOLOGIES NORTH |
| 11 | | AMERICA CORP. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/20/10

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE