*E-Filed 7/16/10*

| | |
|---|---|
| David N. Kuhn (SBN 73389)<br>dnkuhn@pacbell.net<br>LAW OFFICES OF DAVID N. KUHN<br>144 Hagar Avenue<br>Piedmont, California  94611<br>Telephone:  (510) 653-4983<br><br>Attorney for Plaintiff<br>GREGORY BENDER | Andrew P. Valentine (SBN 162094)<br>andrew.valentine@dlapiper.com<br>Marc C. Belloli (SBN 244290)<br>marc.belloli@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, California  94303<br>Telephone:  (650) 833-2254<br>Facsimile:  (650) 833-2001<br><br>Attorneys for Defendant<br>SILICON LABORATORIES, INC.<br><br>Daniel R. Foster (SBN 179753)<br>dfoster@mwe.com<br>Christopher D. Bright (SBN 206273)<br>cbright@mwe.com<br>MCDERMOTT WILL & EMERY<br>18191 Von Karman Avenue, Suite 500<br>Irvine, California 92612-7108<br>Telephone:  (949) 851-0633<br>Facsimile:  (949) 851-9348<br><br>Attorneys for Defendant<br>INFINEON TECHNOLOGIES NORTH<br>AMERICA CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>    Plaintiff,<br><br>    vs.<br><br>INFINEON TECHNOLOGIES NORTH AMERICA CORP., a Delaware corporation, et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:09-cv-2112 RS<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO SERVE INVALIDITY CONTENTIONS AND CONTINUING CASE MANAGEMENT CONFERENCE, AS MODIFIED BY COURT** |

1  Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Gregory Bender ("Bender") and defendants
2  Infineon Technologies North America Corp. ("Infineon") and Silicon Laboratories, Inc. ("Silicon
3  Labs") (collectively, "Defendants"), through counsel, hereby stipulate and request an Order to (1)
4  extend the time for Defendants to serve their invalidity contentions until 30 days after Magistrate
5  Judge Lloyd, this Court, or the parties determine that Bender's infringement contentions are sufficient
6  and comply with Patent L.R. 3-1; and (2) continue the date set for the Case Management Conference in
7  this action from July 29, 2010 (Dkt. No. 64) to a date to be set by the Court after Magistrate Judge
8  Lloyd, this Court, or the parties determine that Bender's infringement contentions are sufficient and
9  comply with Patent L.R. 3-1.

10  Good cause exists for this request.  On April 5, 2010, the Defendants each filed a motion to
11  strike Bender's infringement contentions and to dismiss this case pursuant to Federal Rule of Civil
12  Procedure 37.  (Dkts. 48 and 51).  On May 11, 2010, Magistrate Judge Lloyd held a hearing on the
13  Defendants' motions and decided to take the Defendants' motions under submission.  (Dkt. No. 62).
14  On May 19, 2010, because Magistrate Judge Lloyd had not yet issued orders on Defendants' motions,
15  the parties filed a joint stipulation and proposed order extending time to serve invalidity contentions
16  and continuing case management conference (Dkt. 63).  On May 20, 2010, this Court granted the
17  parties' joint stipulation, setting the deadline for Defendants to serve their invalidity contentions for
18  July 19, 2010 and continuing the Case Management Conference until July 29, 2010.  (Dkt. 64).  To
19  date, Magistrate Judge Lloyd has not yet issued an order on Defendants' motions, and therefore the
20  parties do not know whether Bender's infringement contentions will be stricken and whether this case
21  will be dismissed.  In view of these facts, and in order to obviate the need to seek another extension of
22  time from this Court while the parties await Magistrate Judge Lloyd's orders on Defendants' motions,
23  the parties agree and stipulate as follows:

24  1.  The deadline for Defendants to serve their invalidity contentions shall be extended from
25  July 19, 2010 until 30 days after Magistrate Judge Lloyd, this Court, or the parties determine that
26  Bender's infringement contentions are sufficient and comply with Patent L.R. 3-1; and

27  2.  The Case Management Conference currently scheduled for July 29, 2010 shall be

28

1  continued until September 30, 2010, subject to such additional continuances as may be necessary.

3      IT IS SO AGREED.

4  Dated: July 15, 2010                            LAW OFFICES OF DAVID N. KUHN

                                              By:  */s/ David N. Kuhn*
                                                    David N. Kuhn
                                                    Attorneys for Plaintiff
                                                    GREGORY BENDER

Dated: July 15, 2010                            DLA PIPER LLP (US)

                                              By:  */s/ Marc C. Belloli*
                                                    Marc C. Belloli
                                                    Attorneys for Defendant
                                                    SILICON LABORATORIES, INC.

Dated: July 15, 2010                            McDERMOTT WILL & EMERY

                                              By:  */s/ Daniel R. Foster*
                                                   Daniel R. Foster
                                                   Attorneys for Defendant
                                                   INFINEON TECHNOLOGIES NORTH
                                                   AMERICA CORP.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/16/10                                            [signature]
                                                   HON. RICHARD SEEBORG
                                                   UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER EXTENDING    -3-                     Case No. 3:09-cv-2112 RS
TIME FOR INVALIDITY CONTENTIONS AND
CONTINUING CMC