```
 1  David N. Kuhn – State Bar No. 73389
    Attorney-at-Law
 2  144 Hagar Avenue
    Piedmont, CA 94611
 3  Telephone:(510)653-4983
    E-mail: dnkuhn@pacbell.net
 4  Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>INFINEON TECHNOLOGIES NORTH AMERICA CORP., a Delaware corporation, et al.,<br>　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 09-02112 RS (HRL)<br><br>NOTICE OF AGREEMENT IN PRINCIPLE IN FULL SETTLEMENT AND JOINT STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANT INFINEON TECHNOLOGIES NORTH AMERICA CORP. FROM ATTENDING THE CASE MANAGEMENT CONFERENCE |

　　Plaintiff and counter-defendant Gregory Bender ("Bender") and defendant and counter-claimant Infineon Technologies North America Corp. ("Infineon"), through their respective counsel, hereby notify the Court that the parties have reached an agreement in principle in full settlement of their claims and counter-claims against each other in this case.

Therefore, pursuant to Civil L.R. 6-2 and 7-12, Bender and Infineon, through their respective counsel, hereby agree and stipulate, and request an Order, to excuse Infineon from attending the Case Management Conference in this action, which is currently set for September 30, 2010.

IT IS SO AGREED.

Dated: September 22, 2010          _____/S/_____
                                   David N. Kuhn, counsel for Plaintiff

Dated: September 22, 2010     McDermott, Will & Emery, counsel for
                              Defendant Infineon Technologies North
                              America Corp.

                              By ____/S/ Daniel R. Foster_____

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9/29/10                    _____
                                   HON. RICHARD SEEBORG
                                   UNITED STATES DISTRICT JUDGE

I, David N. Kuhn, attest that I am the ECF user whose log-in and password are being used to e-file this Stipulated Motion for Dismissal and that concurrence in the filing of this document has been obtained from Daniel R. Foster of McDermott, Will & Emery, counsel for Defendant Infineon.

Executed on September 22, 2010          _____/S/_____
PIEDMONT, CALIFORNIA                            David N. Kuhn

Page 2

Notice of Settlement: C09-02112 RS (HRL)