**\*\*E-filed 9/30/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GREGORY BENDER,

        Plaintiff,

v.

INFINEON TECHNOLOGIES NORTH AMERICA CORP., et al.,

        Defendants.

_____/

No. C 09-2112 RS

**ORDER RE CASEMANAGEMENT CONFERENCE**

Upon the filing of a stipulated order of dismissal pertaining to defendant Silicon Laboratories, Inc., the Case Management Conference in this matter scheduled for September 30, 2010 was taken off calendar, and the file was closed. It now appears that the action remains pending with respect to defendant Infineon Technologies North America Corp., although a settlement in principle has been reached between plaintiff and Infineon. Additionally, the status of the claims against defendant On Semiconductor Corporation is unclear. Accordingly, good cause appearing, the Clerk is directed to reopen the file, and a Case Management Conference is set for October 28, 2010, at 10:00 a.m. If the case is dismissed in its entirety prior to that date, no appearance will be required.

Dated: 9/29/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE