| | |
|---|---|
| David N. Kuhn (SBN 73389) | Daniel R. Foster (SBN 179753) |
| dnkuhn@pacbell.net | dfoster@mwe.com |
| LAW OFFICES OF DAVID N. KUHN | Christopher D. Bright (SBN 206273) |
| 144 Hagar Avenue | cbright@mwe.com |
| Piedmont, California 94611 | MCDERMOTT WILL & EMERY |
| Telephone: (510) 653-4983 | 18191 Von Karman Avenue, Suite 500 |
| | Irvine, California 92612-7108 |
| Attorney for Plaintiff | Telephone: (949) 851-0633 |
| GREGORY BENDER | Facsimile: (949) 851-9348 |
| | |
| | Attorneys for Defendant |
| | INFINEON TECHNOLOGIES NORTH AMERICA CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>        Plaintiff,<br><br>    vs.<br><br>INFINEON TECHNOLOGIES NORTH AMERICA CORP., a Delaware corporation, et al.,<br><br>        Defendants. | Case No. 3:09-cv-2112 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANT INFINEON TECHNOLOGIES NORTH AMERICA CORP. FROM ATTENDING THE CASE MANAGEMENT CONFERENCE ON OCTOBER 28, 2010** |
| AND RELATED COUNTERCLAIMS. | |

   Plaintiff Gregory Bender ("Bender") and defendant Infineon Technologies North America Corp. ("Infineon") have reached an agreement in full settlement of their claims and counter-claims against each other in this case and are in the process of finalizing that agreement and dismissal of Infineon from this case.  Infineon and Bender do not believe there is any need for Infineon to attend a Case Management Conference and request that the Court excuse Infineon from attending the Case Management Conference currently set for October 28, 2010 in this action.  (*See* Dkt. No. 73.)

   Therefore, pursuant to Civil L.R. 6-2 and 7-12, Bender and Infineon, through counsel, hereby

1 stipulate and agree, and request an Order, to excuse Infineon from attending the Case Management
2 Conference in this action, which is currently set for October 28, 2010.

3      IT IS SO AGREED.

Dated: October 22, 2010       LAW OFFICES OF DAVID N. KUHN

By:   */s/ David N. Kuhn*
     David N. Kuhn
     Attorneys for Plaintiff
     GREGORY BENDER

Dated: October 22, 2010       McDERMOTT WILL & EMERY

By:   */s/ Daniel R. Foster*
     Daniel R. Foster
     Attorneys for Defendant
     INFINEON TECHNOLOGIES NORTH
     AMERICA CORP.

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/22/10

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE