*E-Filed 10/28/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender, | No. C 09-02112 RS |
|         Plaintiffs,<br>v. | **STANDBY ORDER TO SHOW CAUSE** |
| Infineon Technologies North America Corp., et al,<br>        Defendants._____ / | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 6, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 13, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:   10/28/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-02112 RS
STANDBY ORDER TO SHOW CAUSE

2