```
David N. Kuhn – State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-02112 RS HRL |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER OF DISMISSAL |
| vs. | ) |
| | ) |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP., a Delaware corporation, NXP SEMICONDUCTORS USA, INC., a Delaware corporation, ON SEMICONDUCTOR CORPORATION, a Delaware corporation, and SILICON LABORATORIES INC., a Delaware corporation, | ) ) ) ) ) ) ) ) |
| Defendants. | |

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal as to all claims asserted in this action by Gregory Bender against Infineon Technologies North America Corp. and all claims asserted in this action by Infineon Technologies North America Corp. against Gregory Bender, WITH PREJUDICE, and the

Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims asserted in this action by Gregory Bender against Infineon Technologies North America Corp. and all claims asserted in this action by Infineon Technologies North America Corp. against Gregory Bender are hereby dismissed, WITH PREJUDICE.

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: 11/10/10

_____
UNITED STATES DISTRICT JUDGE